## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **United States of America**<br><br>Plaintiff<br><br>vs.<br><br>**Leonardo Hilario Hilario, et al.**<br><br>Defendants | CRIMINAL CASE   04-CR-405  (JAG) |

### ORDER

The Court has reviewed defendants' motions for new trial and for acquittal notwithstanding the verdict (dockets # 362, 366, 367, 368, 369 and 375) as well as the opposition thereto by the government (docket #406). The Court hereby **denies** defendants' motions. After considering all the evidence in the light most favorable for the government and making all reasonable inferences in its favor, a rational fact finder could find beyond a reasonable doubt that the United States proved all the essential elements of the crime charged. All of the evidence was properly admitted and no prejudicial error could be detected after reviewing the record. The Court stands by its rulings during trial.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this  18th  day of  November,  2005.

s/Jay A. Garcia Gregory

Jay A. García Gregory

United States District Judge
